UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                    :
  UNITED STATES OF AMERICA,                                         :
                                                                    :          22-CR-343-6 (JMF)
                     -v-                                            :
                                                                    :          ORDER
  JACOB BAKER,                                                      :
                                            Defendant.              :
                                                                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On July 16, 2025, Defendant Jacob Baker filed a motion titled "MOTION FOR

REDUCTION IN SENTENCE PURSUANT TO 18 U.S.C 3582(c)(l)(A) & UNITED STATES

SENTENCING GUIDELINE 1B1.13 POLICY STATEMENT." ECF No. 372. The

Government shall file any opposition to the motion by **July 30, 2025**. Defendant's reply, if any,

shall be filed by **August 20, 2025**.

        The Clerk of Court is directed to mail this Order to:

                        JACOB BAKER
                        Register No. 55552-510
                        FCI Beckley
                        Federal Correctional Institution
                        P.O. BOX 350
                        Beaver, WV 25813

        SO ORDERED.

Dated:  July 16, 2025
        New York, New York                          _____
                                                        JESSE M. FURMAN
                                                        United States District Judge